UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONMA GOLF U.S., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SADDLE CREEK CORPORATION, <br><br> Defendant. | Case No.: 21-CV-1131-CAB-WVG <br><br> **ORDER ON MOTION TO MODIFY THE SCHEDULING ORDER** |

Pending before the Court is Saddle Creek Corporation's ("Defendant") Motion to Modify the Scheduling Order ("Motion"). (Doc. No. 38.) Rule III(C) of this Court's Civil Chambers Rules makes clear that "any requests for extensions must be made by filing a joint motion" once an operative Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings has issued. Where the parties have not agreed that modification of the operative Scheduling Order is appropriate, Civil Chambers Rule VI controls. Rule VI specifies that ex parte applications may only be filed "after first contacting Judge Gallo's Research Attorney assigned to the case." Defendant failed to notify this Court's Chambers of its intended filing in violation of this Court's Civil Chambers Rule VI. Defendant's ongoing non-compliance and ignorance of the applicable rules is not well taken. Accordingly, the Court DENIES without prejudice Defendant's Motion and directs Defendant to exhaustively review and abide by all rules that govern this litigation,

1

particularly if Defendant intends to renew its instant Motion following this Order's issuance.

**IT IS SO ORDERED.**

Dated: June 8, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge